No. 02–240. PEDRONI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–266. PROJECT CONTROL SERVICES, INC. *v.* WESTINGHOUSE SAVANNAH RIVER CO. C. A. 4th Cir. Certiorari denied.

No. 02–272. STRAWSER ET AL. *v.* ATKINS ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–277. HAVEMAN, DIRECTOR, MICHIGAN DEPARTMENT OF COMMUNITY HEALTH *v.* WESTSIDE MOTHERS, A MICHIGAN WELFARE RIGHTS ORGANIZATION, ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–283. ASSOCIATION OF CIVILIAN TECHNICIANS, INC. *v.* FEDERAL LABOR RELATIONS AUTHORITY. C. A. D. C. Cir. Certiorari denied.

No. 02–287. HUNT *v.* LEE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 02–296. NUNEZ *v.* CLARENDON AMERICAN INSURANCE CO. C. A. 5th Cir. Certiorari denied.

No. 02–316. WILD ET UX. *v.* SUBSCRIPTIONS PLUS, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–323. NDCHEALTH CORP. AND SUBSIDIARIES *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 02–358. PATAKI, GOVERNOR OF NEW YORK, ET AL. *v.* CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., ET AL.; and
No. 02–475. BRODSKY, NEW YORK STATE ASSEMBLY MEMBER *v.* CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 292 F. 3d 338.

No. 02–430. LLEH, INC., DBA BABE'S, ET AL. *v.* WICHITA COUNTY, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 02–443. FREEH ET AL. *v.* TRULOCK ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–446. FOREST OIL CORP. *v.* GULF CREWS INC. ET AL. C. A. 5th Cir. Certiorari denied.